IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY DAVIS,<br>    Plaintiff,<br>v.<br><br>PITTSBURGH PUBLIC SCHOOLS, et al.<br>    Defendants. | )<br>)   C.A. No. 10-782<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

1. Plaintiff seeks an additional fourteen (14) days to respond to the Motion to Dismiss filed on behalf of the Defendants.

2. Plaintiff's counsel has been involved in responding to Summary Judgment Motions and Daubert Motions in a complex case, and requires the additional time to appropriately respond to the Motion to Dismiss.

3. Defendants' counsel does not oppose this request.

WHEREFORE, Plaintiff's request this Court extend the time to file a Response to the Defendants' Motion to Dismiss by fourteen (14) days.

Respectfully submitted,

/s/Edward A. Olds
Edward A. Olds, Esquire
PA I.D. No. 23601
1007 Mount Royal Boulevard
Pittsburgh, PA 15223
(412) 492-8975
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> John A. Bacharach, Esquire
> 564 Forbes Avenue
> 1113 Manor Complex
> Pittsburgh, PA 15219
>
> Brian P. Gabriel, Esquire
> CAMPBELL DURRANT BEATTY
> PALOMBO & MILLER
> 555 Grant Street, Suite 310
> Pittsburgh, PA 15219

/s/Edward A. Olds